objections urged at the time the motion was made are now academic. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

INDIANA FLOORING COMPANY, Respondent, v. JAMES BUTLER, INC., and Others, Defendants, Impleaded with WILLIAM C. VAN BRUNT, INC., Appellant, and THE PEELLE COMPANY, Appellant, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ALBIN LAWRENCE, Respondent, v. GEORGE COLON & COMPANY, Appellant.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

CLARA REINHARDT, an Infant, etc., by THEOPHILUS HENRY REINHARDT, Her Guardian ad Litem, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

VIOLET MAY REINHARDT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THEOPHILUS HENRY REINHARDT, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

SOLOMON ROSEN, Respondent, v. GUSSIE ROSEN, Defendant. ADOLPH FELD-BLUM, Attorney for Defendant, Appellant.— Order affirmed, without costs. The appellant sought in a perfectly proper way to compel the payment to him of the unpaid portion of an allowance. We find in the circumstances no basis for criticism. The Special Term disagreed with appellant as to the value of his services, but this did not justify any criticism of the appellant. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

NATHAN SCHWARTZ, Respondent, v. CHARLES I. PINNER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THOMAS TISCHAN, as Administrator, etc., of CHARLES T. TISCHAN, Deceased, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ADOLPHINE W. WHITAKER, Respondent, v. JAMES O. WESTBERG and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

M. INEZ WOODS, Appellant, v. MATHEW MICOLINO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MARCUS M. McCULLOUGH, as Trustee, etc., Respondent, v. LOUISA AUDITORE, etc., Defendant. FRANK AUDITORE, a Witness, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM BARBER, Respondent, v. A. SCHRADER'S SON, INCORPORATED, Appellant.— We are of opinion that the license agreement upon which defendant's obligation in this action rests calls for the payment of royalties to the plaintiff only upon devices illustrated by the Xa series, shown in the record as plaintiff's

50